## GORDON H. FOOKS ET AL.

### vs.

## MAMIE C. BAILEY ET AL.

*Decided March 3rd, 1921.*

Appeal from the Circuit Court for Wicomico County, In Equity (BAILEY, J.).

The cause was argued, together with that next preceding, before BOYD, C. J., BRISCOE, THOMAS, URNER, ADKINS, and OFFUTT, JJ.

*Woodcock & Webb*, submitting the cause on brief, for the appellants.

*James E. Ellegood*, with whom were *Ellegood, Frainey & Wailes* on the brief, for the appellees.

URNER, J., delivered the opinion of the court.

This appeal presents the same questions of jurisdiction and title as those decided in the case of *Herman I. Powell* v. *Mamie C. Bailey and others*, being No. 33 on the docket of this term. The two appeals were from the same order and were brought before us and heard together on the same record. For the reasons stated in the opinion just filed in No. 33 the order of the court below will be affirmed also with respect to the present appeal.

> *Order affirmed, the costs in this Court to be paid equally by the appellants and the appellees, and the costs in the Court below to be paid out of the proceeds of sale as provided by the order of that Court.*